JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CRUZ, individually and on behalf of the estate of Ceasar Cruz, and as guardian ad litem for R.C., C.C., C.C., and M.C., all minors, THERESA SMITH, individually, and as guardian ad litem for M.C., a minor, LEONARD CRUZ, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF ANAHEIM, a governmental entity, CHIEF JOHN WELTER, DEPUTY CHIEF CRAIG HUNTER and DOES 1-10,<br><br>    Defendants. | CASE NO. CV 10-03997 MMM (JEMx)<br><br>JUDGMENT FOR DEFENDANTS |

    On February 15, 2012, the court issued an order granting defendants' motion for summary judgment. Accordingly,

    IT IS ORDERED AND ADJUDGED

    1.    That plaintiffs take nothing by way of their complaint;

    2.    That the action be, and it hereby is, dismissed; and

    3.    That defendants recover their costs of suit herein.

DATED: February 15, 2012

                                                                  *Margaret M. Morrow*
                                                                  MARGARET M. MORROW
                                                            UNITED STATES DISTRICT JUDGE