# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Cruz, et al., <br><br> Plaintiff(s) <br> v. <br><br> The City of Anaheim, et al., <br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:10-cv-03997-MMM-JEM <br><br> **MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.   ☑ A mediation was held on (date): July 7, 2015

   ☐ A mediation did not take place because the case settled before the session occurred.

2.   The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3.   Did the case settle?

   ☑ Yes, fully, on July 7, 2015 (date).  *Settlement is contingent on approval by City Council.*
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4.   If further facilitated discussions are expected, by what date will you check in with the parties?

   _____.

Dated: July 7, 2015

*/s/ Gail Killefer*
Signature of Mediator
Gail Killefer
Name of Mediator (print)

The Mediator is to electronically file original document.