1 RICHARD P. HERMAN, SBN: 53743
LAW OFFICE OF RICHARD P. HERMAN
2 3723 Birch Street Suite 3
Newport Beach, CA 92660
3 Telephone: 714-547-8512
Facsimile: 949-861-8331
4 Email: rherman@richardphermanlaw.com

5 Attorney for Jennifer Cruz, Individually and on behalf of the Estate of Ceasar
Cruz, and as Guardian Ad Litem for R.C, C.C., C.C., and M.C., all minors,
6 Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor,
Leonard Cruz, Individually, Plaintiffs.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Cruz, Individually and on behalf of the Estate of Ceasar Cruz, and as Guardian Ad Litem for R.C., C.C., C.C., and M.C., all minors, Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor, Leonard Cruz, Individually,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF ANAHEIM, a Governmental Entity, CHIEF JOHN WELTER, DEPUTY CHIEF CRAIG HUNTER, Officer Michael Brown, Individually, Officer Bruce Linn, Individually, Officer Kelly Phillips, Individually, Officer Nathan Stauber, Individually, Officer Phillip Vargas, Individually<br><br>Defendants. | Case Number: CV-10-03997 MMM(JEMx)<br><br>**NOTICE OF PETITION AND PETITION FOR APPROVAL OF DISTRIBUTION OF MINOR'S FUNDS; DECLARATION OF RICHARD P. HERMAN & EXHIBITS THERETO; [PROPOSED] ORDER** |

Pursuant to Local Rules 83.5-1 through 83.5-6 and California Probate Code Sections 3500, 3600, 3604 (b)(3) et seq., C. LC., M.L.C., R.C., all minors by and through their Guardian Ad Litem Jennifer Cruz, hereby petitions this Court to approve the following distribution of funds received on behalf of C. LC., M.L.C., R.C. from the United States pursuant to the settlement agreement reached between the parties on July 7, 2015.

_____1_____
NOTICE OF PETITION AND PETITIONS FOR APPROVAL OF DISTRIBUTION OF MINOR'S FUNDS

This Petition is based on this document, the papers and record maintained in the Court's file, and, if argument is requested by the Court, such oral argument and documentary evidence as may be presented at the hearing on the motion.

Dated: August 10, 2015     Respectfully submitted,

By,  s/s Richard P. Herman
RICHARD P. HERMAN
Attorneys for Plaintiffs