RICHARD P. HERMAN, SBN: 53743
LAW OFFICE OF RICHARD P. HERMAN
3723 Birch Street Suite 3
Newport Beach, CA 92660
Telephone: 714-547-8512
Facsimile:   949-861-8331
Email: rherman@richardphermanlaw.com

Attorney for Jennifer Cruz, Individually  and on behalf of the Estate of Ceasar
Cruz, and as Guardian Ad Litem for R.C., C.C., C.C., and M.C., all  minors,
Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor,
Leonard Cruz, Individually, Plaintiffs.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Cruz, Individually  and on behalf of the Estate of Ceasar Cruz, and as Guardian Ad Litem for R.C., C.C., C.C., and M.C., all minors, Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor, Leonard Cruz, Individually,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF ANAHEIM, a Governmental Entity, CHIEF JOHN WELTER, DEPUTY CHIEF CRAIG HUNTER, Officer Michael Brown, Individually, Officer Bruce Linn, Individually, Officer Kelly Phillips, Individually, Officer Nathan Stauber, Individually, Officer Phillip Vargas, Individually<br><br>Defendants. | Case Number: CV-10-03997 MMM(JEMx)<br><br>**DECLARATION OF RICHARD P. HERMAN IN SUPPORT OF DISTRIBUTION OF MINOR'S FUNDS AND  EXHIBITS THERETO;**<br><br><br><br>DATE:<br>TIME: 10:00am<br>CTRM: 780- Roybal |

## DECLARATION OF RICHARD P. HERMAN

I, Richard P. Herman, declare and state as follows:

    1.    I am an attorney at law licensed to practice before all the Courts of the

State of California and a sole practitioner and attorney of record for the Plaintiffs.

I have personal knowledge of the herein stated, and if asked to testify thereto, I

would and could competently do so.

    2.    I am the principle attorney handling this matter on behalf of all the

Plaintiffs. I was retained on December 14, 2009. Since that date, this matter has

been actively litigated by my office.

3.    The present matter involves the wrongful death of Caesar Cruz which occurred on December 11, 2009.

4.    On March 10, 2010, a Claim for Damages was filed with the City of Anaheim. We were unable to settle this claim.

5.    A Complaint for damages against Defendants The City of Anaheim, Chief John Welter, Deputy Chief Craig Hunter,  Officer Michael Brown, Officer Bruce Linn, Officer Kelly Phillips, Officer Nathan Stauber, and Officer Phillip Vargas on May 27, 2010. The matter proceeded to settlement conference May 20, 2011, however a resolution was not reached.

6.    The matter then proceeded ultimately being dismissed on February 15, 2012 by summary judgment. Plaintiffs appealed to the Ninth Circuit Court of Appeals and the matter was reversed in August 28, 2014.

7.    The matter then proceeding to a second session of mediation on March 25, 2015 however a resolution was not reached.

8.    The matter then proceeded to a third mediation on July 7, 2015, parties reached a settlement. A written settlement agreement has been prepared and upon receipt of all necessary approvals, including this Minor's Compromise, a dismissal shall be filed with the Court.

9.    Pursuant to settlement negotiations between the parties, it was agreed between the parties that the total losses incurred by Plaintiffs were the sum of $175,000.00.

10.    Consistent with the Central District of California's Local Rules and California Probate with respect to the distribution of minor's funds, the California Judicial Council Form regarding the Petition to Approve Compromise of Disputed Claim or pending Action or Disposition of Proceeds of Judgment for Minor or Adult Person with Disability; Exhibits and [Proposed] Order are

1   attached hereto as Exhibit A.

2          11.    Attached is an executed Petition of Guardian Litem signed by

3   Jennifer Cruz. . The [proposed] order is attached as Exhibit B.

4          12.    Pursuant to the written attorney client agreement between Plaintiffs,

5   and this office, fees are calculated on a contingent fee basis at the rate of twenty

6   (25%) of all sums collected for all minors; (and those who were minors at filing)

7   and at the rate of forty (40%) of all sums collected for all adult Plaintiffs.  These

8   agreed upon fees are the authorized fees. These fees are reasonable under the

9   facts and law pertaining to this case.

10         13.    In addition, and as outlined above, the litigations costs are

11  $15,686.39 (adjusted to $15,000.00). An itemization of these costs is attached

12  hereto as Attachment 14b to Exhibit A. All these costs were reasonable and

13  necessary to the prosecution of this case.  After the deduction of these costs,

14  Plaintiffs recovery as a result of this action will be $160,000.00.

15         14.    There are three minors in this matter, only minor  R. C., (DOB

16  10/8/2006) would benefit from an annuity (attached as Exhibit C). Minor's

17  C.L.C., (DOB 2/23/99) and M.L.C., (DOB 4/26/2002) will have their funds

18  deposited in a blocked account.

19         15.    The proposed distribution of these funds is outlined in Attachment

20  19b7 to Exhibit A hereto. Patrick  Farber from of Atlas Settlement Group  has

21  been retained as a structured settlement advisor in this matter to develop and

22  investment program for the annuity of R.C.

23

24  Dated: August 10, 2015                          Respectfully submitted,

25

26                                   By,   s/s Richard P. Herman

27                                         _____

28                                         RICHARD P. HERMAN
                                           Attorneys for Plaintiff

---