# EXHIBIT A

**MC-350**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Richard P. Herman  SBN: 053743<br>Law Office of Richard P. Herman<br>3723 Birch Street Suite 3, NPB, CA 92660<br>TELEPHONE NO.: 714-547-8512   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* rherman@richardphermanlaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs | *FOR COURT USE ONLY* |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. DISTRICT COURT
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS: 255 East Temple Street
CITY AND ZIP CODE: Los Angeles, 90012-3332
BRANCH NAME: CENTRAL DISTRICT OF CA/ WESTERN DIV

| CASE NAME:<br>JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CASE NUMBER:<br>CV10-03997 MMM (JEMx) |
|---|---|

| PETITION TO APPROVE: ☐ COMPROMISE OF DISPUTED CLAIM<br>☑ COMPROMISE OF PENDING ACTION<br>☐ DISPOSITION OF PROCEEDS OF JUDGMENT<br>  ☑ Minor  ☐ Person With a Disability | HEARING DATE: |
|---|---|
| | DEPT :   TIME: |

**NOTICE TO PETITIONERS:**

Except as noted below, you must use this form to request court approval of (1) the compromise of a disputed claim of a minor, (2) the compromise of a pending action or proceeding in which a minor or a person with a disability (including a conservatee) is a party, or (3) the disposition of the proceeds of a judgment for a minor or person with a disability. (See Code Civ. Proc., § 372; Prob. Code, § 3600 et seq.) You and the minor or disabled person must attend the hearing on this petition unless the court for good cause dispenses with a personal appearance. The court may require the presence and testimony of witnesses, including the attending or examining physician, and other evidence relating to the merits of the claim and the nature and extent of the injury, care, treatment, and hospitalization. The court may consider on an expedited basis without a hearing requests for approval of the compromises of certain claims and actions or the disposition of the proceeds of certain judgments. If your claim, action, or judgment qualifies for expedited consideration and you want to request it, you must use form MC-350EX for your request. See Cal. Rules of Court, rule 7.950.5.

1. **Petitioner** *(name):* JENNIFER CRUZ

2. **Claimant** *(name):* C.L.C., M.L.C., AND R.C.,
   a. Address: 3723 BIRCH STREET SUITE 3, NEWPORT BEACH, CA 92660
   b. Date of birth: See Attached   c. Age:   d. Sex:   e. ☑ Minor ☐ Person with a disability

3. **Relationship**   Petitioner's relationship to the claimant *(check all applicable boxes):*
   a. ☑ Parent    g. ☐ Other relationship *(specify:)*
   b. ☐ Guardian ad litem
   c. ☐ Guardian
   d. ☐ Conservator
   e. ☐ Disabled adult claimant is a petitioner. *(See instructions for items 3e and 3f below.)*
   f. ☐ Disabled adult claimant's express consent to the relief requested in this petition is provided on Attachment 3f.
      *(If you checked item 3e or 3f, state facts on Attachment 3e or 3f showing that the claimant has capacity under Probate Code section 812 to petition or consent to a petition. Only an adult claimant who has sufficient capacity and who does not have a conservator of the estate may petition or consent to a petition. See Probate Code section 3613.)*

4. **Nature of claim**   The claim of the minor or adult person with a disability:
   a. ☐ Has not been filed in an action or proceeding. *(Complete items 5–23.)*
   b. ☑ Is the subject of a pending action or proceeding that will be compromised without a trial on the merits of the claim.
      Name of court: United States District Court-Western Division
      Case no.: CV10-03997 MMM (JEMx)   Trial date:   *(Complete items 5–23.)*

Page 1 of 10

| | | |
|---|---|---|
| Form Adopted for<br>Alternative Mandatory Use<br>Judicial Council of California<br>MC-350 [Rev. January 1, 2011] | **PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM<br>OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF<br>JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY<br>(Miscellaneous)** | Code of Civil Procedure, § 372 et seq.;<br>Probate Code, § 3500 et seq.<br>Cal. Rules of Court, rules 3.1384,<br>7.101, 7.950, 7.951<br>www.courts.ca.gov |

**MC-350**

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

4. **Nature of claim**      The claim of the minor or adult person with a disability:

    c. [ ] Is the subject of a pending action or proceeding that has been or will be reduced to a judgment for the claimant against the defendants named below in the total amount (exclusive of interest and costs) of *(specify below)*:

$ [_____]

*Defendants (names)*

     N/A Settlement (Terms Attached).

     [ ] Additional defendants listed on Attachment 4.    [ ] The judgment was filed on *(date)*:
     *(Attach a copy of the (proposed) judgment as Attachment 4c and complete items 13–23.)*

5. [✓] **Incident or accident**    The incident or accident occurred as follows:
     a. Date and time: December 11, 2009
     b. Place: Wal-Mart parking lot 440 N. Euclid Street, Anaheim CA 92805.

     c. Persons involved *(names)*: Decedent Ceasar Cruz, Defendants

     [ ] Continued on Attachment 5.

6. [✓] **Nature of incident or accident**
     The facts, events, and circumstances of the incident or accident are *(describe)*:
     Wrongful Death

     [ ] Continued on Attachment 6.

7. [✓] **Injuries**
     The following injuries were sustained by the claimant as a result of the incident or accident *(describe)*:
     Death of Father.

     [ ] Continued on Attachment 7.

8. [ ] **Treatment**
     The claimant received the following care and treatment for the injuries described in item 7 *(describe)*:
     N/A

     [ ] Continued on Attachment 8.

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

9. ☐ **Extent of injuries and recovery** *(An original or a photocopy of all doctors' reports containing a diagnosis of and prognosis for the claimant's injuries, and a report of the claimant's present condition, must be attached to this petition as Attachment 9. A new report is not necessary so long as a previous report accurately describes the claimant's current condition.)*

a. ☐ The claimant has recovered completely from the effects of the injuries described in item 7, and there are no permanent injuries.

b. ☐ The claimant has not recovered completely from the effects of the injuries described in item 7, and the following injuries from which the claimant has not recovered are temporary *(describe the remaining injuries):*

N/A Wrongful death of parent.

☐ Continued on Attachment 9b.

c. ☐ The claimant has not recovered completely from the effects of the injuries described in item 7, and the following injuries from which the claimant has not recovered are permanent *(describe the permanent injuries):*

N/A

☐ Continued on Attachment 9c.

10. ☑ **Petitioner has made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident or accident in which the claimant was injured; the responsibility for the incident or accident; and the nature, extent, and seriousness of the claimant's injuries. Petitioner fully understands that if the compromise proposed in this petition is approved by the court and is consummated, the claimant will be forever barred from seeking any further recovery of compensation from the settling defendants named below even though the claimant's injuries may in the future appear to be more serious than they are now thought to be.**

11. ☑ **Amount and terms of settlement**

By way of settlement, the defendants named below have offered to pay the following sums to the claimant:

a. The total amount offered by all defendants named below is *(specify):* **$ 175,000.00**

b. The defendants and amounts offered by each are as follows *(specify):*

| Defendants *(names)* | Amounts |
|---|---|
| The City of Anaheim | $ 175,000.00 |
| | $ |
| | $ |
| | $ |
| | $ |

☐ Defendants and amounts offered continued on Attachment 11.

c. The terms of settlement are as follows *(if the settlement is to be paid in installments, both the total amount and the present value of the settlement must be included):*

The entire $175,000.00 will be paid out under the terms of and upon approval of this Petition, and including "up-front cash" to pay for attorneys fees and costs.

☐ Continued on Attachment 11.

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
*(Miscellaneous)*

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

12. ☑ **Settlement payments to others**

    a. ☐   No defendant named in item 11b has offered to pay money to any person or persons other than the claimant to settle claims arising out of the same incident or accident that resulted in the claimant's injury.

    b. ☑   By way of settlement, one or more defendants named in item 11b have also offered to pay money to a person or persons other than claimant to settle claims arising out of the same incident or accident that resulted in the claimant's injury.

        (1) The total amount offered by all defendants to others *(specify):*     $ See Dec

        (2) Petitioner ☐ is not ☐ is   a claimant against the recovery of the claimant (other than for reimbursement for expenses paid by petitioner and listed under item 15).
            *(If you answered "is," explain in Attachment 12 the circumstances and the effect your claim has on the proposed compromise of the claim described in this petition.)*

        (3) Petitioner ☐ is not ☑ is   a plaintiff in the same action with the claimant.
            *(If you answered "is," explain in Attachment 12 the circumstances and the effect your claim and its disposition has on the proposed compromise of the claim or action described in this petition.)*

        (4) ☑   Petitioner would receive money under the proposed settlement.

        (5) The settlement payments are to be apportioned and distributed as follows:

| Other plaintiffs or claimants *(names)* | | Amounts |
|---|---|---|
| **Please see declaration** | $ | |
| | $ | |
| | $ | |
| | $ | |

        ☑   Additional plaintiffs or claimants and amounts are listed on Attachment 12.

        **(6) Reasons for the apportionment of the settlement payments between the claimant and each other plaintiff or claimant named above are specified on Attachment 12.**

13. **The claimant's medical expenses, including medical expenses paid by petitioner and insurers, to be reimbursed from proceeds of settlement or judgment**

    a. **Totals**

        (1) Total medical expenses:   $ 0.00

        (2) Total outstanding medical expenses to be paid from the proceeds:   $ _____

        (3) Total out-of-pocket, co-payments, or deductible payments to be reimbursed from proceeds:   $ _____

    b. Medical expenses were paid and are to be reimbursed from proceeds as follows:

        (1) ☐   Paid by petitioner in the amount of:   $ _____

        (2) ☐   Paid by private health insurance or a self-funded plan under:

            (a) ☐   An Employee Retirement Income Security Act (ERISA) insured plan.

            (b) ☐   An ERISA self-funded plan.

            (c) ☐   A Non-ERISA insured plan.

            (d) ☐   A Non-ERISA self-funded plan.

            (e) Amount paid by plan:   $ _____

            (f) Amount of reimbursement to the plan from proceeds of settlement or judgment:

                (i) ☐   No reimbursement is requested by the plan.

                (ii) ☐   Reimbursement is to be made to the plan and:

                    (A) ☐   There is a contractual reduction of $ ( _____ )

                    (B) ☐   There is a negotiated reduction of $ ( _____ )

                    (C) ☐   No reduction has been agreed to,

                  for a total reimbursement to the plan in the amount of:   $ _____

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY (Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

**13.** **The claimant's medical expenses, including medical expenses paid by petitioner and insurers, to be reimbursed from proceeds of settlement or judgment**

    b. Medical expenses were paid and are to be reimbursed from proceeds as follows:

        (3) ☐ Paid by Medicare in the amount of:     $

                less the statutory reduction in the amount of: $ (_____)

                for a total reimbursement to Medicare in the amount of:     $ [        ]

                *(Attach a copy of the final Medicare demand letter or letter agreement as Attachment 13b(3).)*

        (4) ☐ Paid by Medi-Cal in the amount of  $ _____

            (a) ☐ Notice of this claim or action has been given to the State Director of Health Care Services under Welfare and Institutions Code section 14124.73. A copy of the notice and proof of its delivery ☐ is attached. ☐ was filed in this matter on *(date):*

            (b) ☐ Notice of this claim or action has **not** been given to the State Director of Health Care Services. *(Explain why notice has not been given in Attachment 13b(4).)*

            (c) ☐ In full satisfaction of its lien rights, Medi-Cal has agreed to accept reimbursement in the amount of:     $ [        ]

                 *(Attach a copy of the final Medi-Cal demand letter or letter agreement as Attachment 13b(4).)*

            (d) ☐ Petitioner is entitled to a reduction of the Medi-Cal lien under Welfare and Institutions Code section 14124.76 and:

                (i) ☐ Is filing a motion seeking a reduction of the lien concurrently with this petition.

                (ii) ☐ Requests that the court reserve jurisdiction over this issue.

                The amount of the lien in dispute is: $ _____

        (5) ☐ (a) There are one or more statutory or contractual liens of medical service providers for payment of medical expenses. The total amount claimed under these liens is: $ _____ . In full satisfaction of their lien claims, the lienholders have agreed to accept the total sum of:     $ [        ]

                *(Provide requested information on each lienholder and certain other medical service providers below.)*

            (b) The name of each medical service provider that furnished care and treatment to claimant and (1) has a lien for all or any part of the charges or (2) was paid (or will be paid from the proceeds) by petitioner for which petitioner requests reimbursement; the amounts charged and paid; the amount of negotiated reduction of charges, if any; and the amount to be paid from the proceeds of the settlement or judgment to each provider are as follows:

                (i) (A) Provider *(name):*

                    (B) Address:

                    (C) Amount charged:     $

                    (D) Amount paid (whether or not by insurance):     $ (                )

                    (E) Negotiated reduction, if any:     $ (_____)

                    (F) Amount to be paid from proceeds of settlement or judgment: $ [        ]

                (ii) (A) Provider *(name):*

                    (B) Address:

                    (C) Amount charged:     $

                    (D) Amount paid (whether or not by insurance):     $ (                )

                    (E) Negotiated reduction, if any:     $ (_____)

                    (F) Amount to be paid from proceeds of settlement or judgment: $ [        ]

            ☐ Continued on Attachment 13b(5). *(Provide information about additional providers in the above format, including providers paid or to be paid by petitioner for which reimbursement is requested in item 13b(1) above. You may use form MC-350(A-13b(5)) for this purpose.)*

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

14. **The claimant's attorney's fees and all other expenses (except medical expenses), including expenses advanced by claimant's attorney or paid or incurred by petitioner to be reimbursed from proceeds of settlement or judgment**

   a.  Total amount of attorney's fees for which court approval is requested:        $ _____

      *(If fees are requested, attach as Attachment 14a, a declaration from the attorney explaining the basis for the request, including a discussion of applicable factors listed in rule 7.955(b) of the Cal. Rules of Court. Respond to item 18a(2) on page 7 and attach a copy of any written attorney fee agreement as Attachment 18a.)*

   b.  The following additional items of expense (other than medical expenses) have been incurred or paid, are reasonable, resulted from the incident or accident, and should be paid out of claimant's share of the proceeds of the settlement or judgment:

| Items | Payees *(names)* | Amounts |
|---|---|---|
| Litigation Costs on Attachment 14b1 | | $ |
| | Richard P. Herman | $ 15,000.00 |
| | | $ |
| See Declaration of Richard P. Herman | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

☑ Continued on Attachment 14b.                  **Total:** $ 15,000.00

15. **Reimbursement of expenses paid by petitioner**

   a. ☑ Petitioner has paid none of the claimant's expenses listed in items 13 and 14 for which reimbursement is requested.

   b. ☐ Petitioner has paid (or become obligated to pay) the following total amounts of the claimant's expenses for which reimbursement is requested.

      (1) ☐ Medical expenses listed in item 13:           $
      (2) ☐ Attorney's fees included in the total fee amount shown in item 14a:   $
      (3) ☐ Other expenses included in the total shown in item 14b:     $

                                     **Total:** $ _____

     *(Attach proofs of the expenses incurred and payments made or obligations to pay incurred, e.g., bills or invoices, canceled checks, credit card statements, explanations of benefits from insurers, etc.)*

16. **Net balance of proceeds for the claimant**

   The balance of the proceeds of the proposed settlement or judgment remaining for the claimant after payment of all requested fees and expenses is:        $ 15,000.00

17. **Summary**

   a.  Gross amount of proceeds of settlement or judgment for claimant:      $ 0.00

   b.  Medical expenses to be paid from proceeds of settlement or judgment:      $

   c.  Attorney's fees to be paid from proceeds of settlement or judgment:      $

   d.  Expenses (other than medical) to be paid from proceeds of settlement or judgment:      $ 15,000.00

   e.  Total of fees and expenses to be paid from proceeds of settlement or judgment (add (b), (c), and (d)):      $ ( _____ )

   f.  Balance of proceeds of settlement or judgment available for claimant after payment of all fees and expenses (subtract (e) from (a)):      $ _____

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY
(Miscellaneous)**

**MC-350**

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

18. **Information about attorney representing or assisting petitioner**

a. (1) ☐ Petitioner has not been represented or assisted by an attorney in preparing this petition or in any other way with respect to the claim asserted. *(Go to item 19.)*

(2) ☑ Petitioner has been represented or assisted by an attorney in preparing this petition or with respect to the claim asserted. Petitioner and the attorney ☐ do not ☑ do have an agreement for services provided in connection with the claim giving rise to this petition. *(If you answered "do," attach a copy of the agreement as Attachment 18a, and complete items 18b.–18f.)*

b. The attorney who has represented or assisted petitioner is *(name):*   Richard P. Herman

(1) State Bar number: 53743

(2) Law firm: Law Office of Richard P. Herman

(3) Address: 3723 Birch Street Suite 3, Newport Beach, CA 92660

(4) Telephone number: 714-547-8512

c. The attorney ☑ has not ☐ has received attorney's fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition. *(If you answered "has," identify the person who paid the fees or other compensation, the amounts paid, and the dates of payment):*

| From whom *(names)* | Amounts | Dates |
|---|---|---|
| Please See Declaration | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

☐ Continued on Attachment 18c.

d. The attorney ☑ did not ☐ did become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier. *(If you answered "did," explain the circumstances in Attachment 18d.)*

e. The attorney ☑ is not ☐ is representing or employed by any other party or any insurance carrier involved in the matter. *(If you answered "is," identify the party or carrier and explain the relationship in Attachment 18e.)*

f. The attorney ☐ does not ☑ does expect to receive attorney's fees or other compensation in addition to that requested in this petition for services provided in connection with the claim giving rise to this petition. *(If you answered "does," identify the person who will pay the fees or other compensation, the amounts to be paid, and the expected dates of payment):*

| From whom *(names)* | Amounts | Expected dates |
|---|---|---|
| Please see declaration for other expected fees. | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

☐ Continued on Attachment 18f.

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

**MC-350**

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

19. **Disposition of balance of proceeds of settlement or judgment**
Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows:

a. [✓] There is a guardianship of the estate of the minor or a conservatorship of the estate of the adult person with a
disability filed in *(name of court):* **See Attached Declaration (Guardian Ad Litem only)**
Case no.:

    (1) [ ] $_____ of the proceeds in money or other property will be paid or delivered to
the guardian of the estate of the minor or the conservator of the estate of the conservatee. The money
or other property is specified in Attachment 19a(1).

    (2) [✓] Petitioner is the guardian or conservator of the estate of the minor or the adult person with a disability.
Petitioner requests authority to deposit or invest $ 15,000.00,CLC+MC of the money or other
property to be paid or delivered under 19a(1) with one or more financial institutions in this state or with a trust
company, subject to withdrawal only as authorized by the court. The money or other property and the name,
branch, and address of each financial institution or trust company are specified in Attachment 19a(2).

    (3) [✓] Petitioner proposes that all or a portion of the proceeds **not** become part of the guardianship or
conservatorship estate.  Petitioner requests authority to deposit or transfer these proceeds as follows
*(check all that apply):*

        (a) [ ] $_____ will be deposited in insured accounts in one or more financial
institutions in this state from which no withdrawals can be made without a court order.
The name, branch, and address of each depository are specified in Attachment 19a(3).

        (b) [✓] $ 15,000.00 (R.C.) will be invested in a single-premium deferred annuity subject to
withdrawal only on order of the court. The terms and conditions of the annuity are specified in
Attachment 19a(3).

        (c) [ ] $_____ will be transferred to a custodian for the benefit of the minor under the
California Uniform Transfers to Minors Act. The name and address of the proposed custodian
and the property to be transferred are specified in Attachment 19a(3).

        (d) [ ] $_____ will be transferred to the trustee of a trust that is either created by or
approved of in the order approving the settlement or the judgment given or to be given for the
minor. This trust is revocable when the minor attains the age of 18 years and contains all other
terms and conditions determined to be necessary by the court to protect the minor's interests. The
terms of the proposed trust and the property to be transferred are specified in Attachment 19a(3).
[ ] A copy of the (proposed) judgment is attached as Attachment 4c.

        (e) [ ] $_____ will be transferred to the trustee of a special needs trust under
Probate Code sections 3602(d) and 3604 for the benefit of the minor or the adult person with a
disability. The terms of the proposed special needs trust and the property to be transferred are
specified in Attachment 19a(3).

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER: |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL., | CV10-03997 MMM (JEMx) |

19. **Disposition of balance of proceeds of settlement or judgment** (cont.)

Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows:

b. ☑ There is no guardianship of the estate of the minor or conservatorship of the estate of the adult person with a disability. Petitioner requests that the balance of the proceeds of the settlement or judgment be disbursed as follows *(check all that apply):*

(1) ☐ A guardian of the estate of the minor or a conservator of the estate of the adult person with a disability will be appointed.  $ _____ of money and other property will be paid or delivered to the person so appointed. The money or other property are specified in Attachment 19b(1).

(2) ☑ $ 15,000CLC MLC  of money will be deposited in insured accounts in one or more  financial institutions in this state, subject to withdrawal only upon the authorization of the court. The name, branch, and address of each depository are specified in Attachment 19b(2).

(3) ☑ $ 15,000 (R.C.)  of money will be invested in a single-premium deferred annuity, subject to withdrawal only upon the authorization of the court. The terms and conditions of the annuity are specified in Attachment 19b(3).

(4) ☐ $ _____ will be paid or transferred to the trustee of a special needs trust under Probate Code sections 3604 and 3611(c) for the benefit of the minor or the adult person with a disability. The terms of the proposed special needs trust and the money or other property to be paid or transferred are specified in Attachment 19b(4).

(5) ☐ $ _____ will be paid or delivered to a parent of the minor, upon the terms and under the conditions specified in Probate Code sections 3401–3402, without bond. The name and address of the parent and the money or other property to be delivered are specified in Attachment 19b(5). *(Value of minor's entire estate, including the money or property to be delivered, must not exceed $5,000.)*

(6) ☐ $ _____ will be transferred to a custodian for the benefit of the minor under the California Uniform Transfers to Minors Act. The name and address of the proposed custodian and the money or other property to be transferred are specified in Attachment 19b(6).

(7) ☐ $ _____ will be transferred to the trustee of a trust that is either created by or approved of in the order approving the settlement or the judgment given or to be given for the minor.  This trust is revocable when the minor attains the age of 18 years and contains all other terms and conditions determined to be necessary by the court to protect the minor's interests. The terms of the proposed trust and the money or other property to be transferred are specified in Attachment 19b(7).

☐ A copy of the (proposed) judgment is attached as Attachment 4c.

(8) ☐ $ _____ of money will be held on such conditions as the court in its discretion determines is in the best interest of the minor or the adult person with a disability. The proposed conditions are specified on Attachment 19b(8). *(Value must not exceed $20,000.)*

(9) ☐ $ _____ of property other than money will be held on such conditions as the court in its discretion determines is in the best interest of the minor or the adult person with a disability. The proposed conditions and the property are specified in Attachment 19b(9).

(10) ☐ $ _____ will be deposited with the county treasurer of the County of *(name):* _____ The deposit is authorized under and subject to the conditions specified in Probate Code section 3611(h).

(11) ☐ $ _____ will be paid or transferred to the adult person with a disability. The money or other property is specified in Attachment 19b(11).

☐ Continued on Attachment 19.

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR  PERSON WITH A DISABILITY**
**(Miscellaneous)**

MC-350

| CASE NAME: | CASE NUMBER |
|---|---|
| JENNIFER CRUZ V. CITY OF ANAHEIM, ET AL. | CV10-03997 MMM (JEMx) |

20. ☐ **Statutory liens for special needs trust**
   Petitioner requests a court order for payment of funds to a special needs trust *(explain how statutory liens under Probate Code section 3604, if any, will be satisfied):*

   ☐ Continued on Attachment 20

21. ☑ **Additional orders**
   Petitioner requests the following additional orders *(specify and explain):*

   Annuity for minor R.C. (attached).

   ☐ Continued on Attachment 21

22. Petitioner recommends the compromise settlement or the proposed disposition of the proceeds of the judgment for the claimant to the court as being fair, reasonable, and in the best interest of the claimant and requests that the court approve this compromise settlement or proposed disposition and make such other and further orders as may be just and reasonable.

23. Number of pages attached: 21

Date: August 3, 2015

Richard P. Herman
(TYPE OR PRINT NAME OF ATTORNEY)                    (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/03/15

Jennifer Cruz
(TYPE OR PRINT NAME OF PETITIONER)                  (SIGNATURE OF PETITIONER)

MC-350 [Rev. January 1, 2011]

**PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM
OR PENDING ACTION OR DISPOSITION OF PROCEEDS OF
JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**
**(Miscellaneous)**

Page 10 of 10

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jennifer Cruz v. City of Anaheim | CV10-03997 MMM |

**ATTACHMENT** *(Number):* 2b

*(This Attachment may be used with any Judicial Council form.)*

1) Claimant C.L.C.,  DOB: 2/23/1999 (16 years old), Male, Minor.
2) Claimant M.L.C., DOB: 4/26/2002 (13 years old), Male, Minor.
3) Claimant R.C.,    DOB: 10/8/2006 (9 years old), Male, Minor.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jennifer Cruz v. City of Anaheim | CV10-03997 MMM |

**ATTACHMENT** *(Number):* 12

*(This Attachment may be used with any Judicial Council form.)*

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 2

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

JENNIFER CRUZ v. CITY OF ANAHEIM ET AL.,
CASE NO.: CV10-09337 MMM (JEMx)
ATTACHMENT 12 TO PETITION TO APPROVE COMPROMISE

| PLAINTIFFS | RELATION | SETTLEMENT | ATT FEES % | ATT FEE | NET AMOUNT |
|---|---|---|---|---|---|
| JENNIFER CRUZ | WIDOW | $50,000.00 | -40% | $20,000.00 | $30,000.00 |
| THERESA SMITH | MOTHER | $5,000.00 | -40% | $2,000.00 | $3,000.00 |
| LEONARD CRUZ | FATHER | $5,000.00 | -40% | $2,000.00 | $3,000.00 |
| MICHAEL REINHARDT | SON | $20,000.00 | -25% | $5,000.00 | $15,000.00 |
| CEASAR R. CRUZ II | SON | $20,000.00 | -25% | $5,000.00 | $15,000.00 |
| C.L.C. (A MINOR) | SON | $20,000.00 | -25% | $5,000.00 | $15,000.00 |
| M.L.C. (A MINOR) | SON | $20,000.00 | -25% | $5,000.00 | $15,000.00 |
| R.C., (A MINOR) | SON | $20,000.00 | -25% | $5,000.00 | $15,000.00 |

EFFECTIVELY AS FOLLOWS.

GROSS $175,000.00
COSTS ($15,000.00)
TOTAL $160,000.00
(5X) $20,000.00 ($100,000.00) x-25% Att Fees $25,000 Net $15,000.00 each child including minors
Jennifer Cruz ($50,000.00) x-40% Att Fees $20,000 Net $30,000.00
Theresa Smith ($5,000.00) x-40% Att Fees $2,000 Net $3,000.00
Leonard Cruz ($5,000.00) x-40% Att Fees $2,000 Net $3,000.00

C.L.C., and M.L.C., funds will go in a blocked account in the amount of $15,000.00 each
R.C., will obtain an annuity payable at 18 and is to be purchased by Defendants costing $15,000.00
Michael Reinhardt and Ceasar R. Cruz II are now adults

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jennifer Cruz v. City of Anaheim | CV10-03997 MMM |

**ATTACHMENT** *(Number):* 17B to Exhibit A

*(This Attachment may be used with any Judicial Council form.)*

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 3

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

Cruz v. COA et al.,

*Law Offices of Richard P. Herman*
3723 Birch Street Suite 3
Newport Beach, CA 92660
*Telephone: 714-547-8512*

**Case Name: Cruz v. City of Anaheim, et al.,**
**Case No: CV10-03997 MMM (JEMx)**
**Court: United States District Court- Los Angeles**

Attachment 17b to Exhibit A

| Item No: | Description of Services Rendered | | Costs |
|---|---|---|---|
| 1 | Filing Fee for Complaint | $ | 350.00 |
| 2 | Photocopies | $ | 157.92 |
| 3 | First Mediation with Michael Morehead  March 17, 2011 | $ | 1,875.00 |
| 4 | Deposition of Defendant N. Stauber May 11, 2011 | $ | 375.55 |
| 5 | Black's Towing &Storage April 12, 2012 | $ | 226.00 |
| 6 | Cullings Investigation- Investigation Services | $ | 3,500.00 |
| 7 | Copy of Transcript hearing date of January 23, 2012 | $ | 47.52 |
| 8 | Attorney Service- Filing Fee | $ | 60.00 |
| 9 | Cullings Investigation- for towing and storage of SUV with bullet holes | $ | 1,645.00 |
| 10 | Second Mediation 2/24/2015 with Judge Wagner (Ret.) | $ | 2,145.00 |
| 11 | Expert Roger Clark | $ | 3,000.00 |
| 12 | Deposition of Kelly Phillips | $ | 375.00 |

1

Cruz v. COA et al.,

| Item No: | Description of Services Rendered | Costs |
|---|---|---|
| 13 | Deposition of Norman Harms | $ 233.90 |
| 14 | Deposition of Phillip Vargas- Non Confidential | $ 240.00 |
| 15 | Deposition of Phillip Vargas- Confidential | $ 135.00 |
| 16 | Deposition of Michael Brown | $ 210.00 |
| 17 | Deposition of Bruce Linn Non-Confidential | $ 185.00 |
| 18 | Deposition of Bruce Linn Confidential | $ 210.00 |
| 19 | Deposition of John Welter | $ 205.00 |
| 20 | Fax Fees | $ 10.50 |
| **Total Costs and Fees for Cruz v. City of Anaheim** | | $ 15,186.39 |

2

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jennifer Cruz v. City of Anaheim | CV10-03997 MMM |

**ATTACHMENT** *(Number):* 18a

*(This Attachment may be used with any Judicial Council form.)*

Attached is a copy of the Attorney Client Agreement signed on December 14, 2009 by Richard P. Herman and Petitioner and Plaintiff Jennifer Cruz , Theresa Smith, and Leonard Cruz.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___ of ___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

# Law Offices of Richard P. Herman
## 5001 Birch Street
## Newport Beach, CA 92660

### ATTORNEY-CLIENT CONTINGENCY FEE AGREEMENT

Law Offices of Richard P. Herman ("Attorney) and **Theresa Smith, Jennifer Cruz adults,**
**Michael Cruz, Caesar Cruz Jr, Cisco Cruz, Mando Cruz (all minors)** ("Client") hereby
agree that Attorney will provide legal services to Client on the terms set forth below:

1)   **Conditions:** This agreement will not take effect, and Attorney will have no
obligation to provide legal services, until Client returns a signed copy of this
Agreement and pays the initial deposit ( if applicable).

2)   **Scope of Services:** Client is hiring Attorney to represent Client in the matter of
Client's claim against **Anaheim Police Department** arising out of Death of
Caesar Cruz.

If a court action is filed, Attorney will represent Client until a settlement or judgment by way of
arbitration, mediation or trial, is reached. Attorney will oppose any motion for a new trial or any
other post-trial motions filed by an opposing party, or will make any appropriate post-trial
motions on client's behalf.

3)   **Responsibilities of the parties**:  Attorney will provide those legal services
reasonably required to represent Client in prosecuting the claims described in
Paragraph 2 and will take reasonable steps to keep Client informed of progress
and developments , and to respond promptly to inquiries and communications.
Client agrees to be truthful with Attorney, to cooperate, to keep Attorney
informed of any information and developments which may come to Client's
attention, to abide by this Agreement, to pay Attorney's bills for costs on time,( if
applicable) and to keep attorney advised of Client's address, telephone number
and whereabouts. Client agrees to appear at all legal proceedings when Attorney
deems it necessary, and generally to cooperate fully with Attorney in all matters
related to the presentation of Client's claims.

4)   **Legal Fees**: Attorney will only be compensated for legal services rendered if a
recovery is obtained for Client. If no recovery is obtained, the Client does not pay
for anything. The fee to be paid to Attorney will be a percentage of the "net
recovery", depending on the stage at which the settlement or judgment is reached.
The term "net recovery" means: (**1**) the total of all amounts received by settlement
arbitration award or judgment including any award of attorney fees, (**2**) minus all
costs and disbursements set forth in paragraph 6. (Net recovery shall also include
the reasonable value of any non-monetary proceeds).

Attorney's fee shall be calculated as follows:

**Page 1 of 7**

# Law Offices of Richard P. Herman
## 5001 Birch Street
## Newport Beach, CA 92660

(i)     40% of gross recovery plus costs advanced (for parents and spouse) and 25% for minors. Less any attorneys' fees, paralegal fees, and costs awarded by the Court.

In the event of Attorney's discharge of withdrawal as provided in paragraph 11, Client agrees that, upon payment of the settlement, arbitration award or judgment in Client's favor in this matter, Attorney shall be entitled to be paid by Client a reasonable fee for the legal services provided. Such fee shall be determined by considering the following factors:

1) The actual number of hours expended by attorney in performing legal services for Client;
2) Attorney's hourly rates;
3) The extent to which attorney's services have contributed to the result obtained;
4) The amount of the fee in proportion to the value of the services performed;
5) The amount of recovery obtained;
6) Time limitations imposed on Attorney by Client or by the circumstances; and
7) The experience, reputation and ability of personnel performing the services.

5).  **Negotiability of fees**: The rates set forth above are not set by law, but are negotiable between an attorney and client.

6).  **Costs and litigation expenses**: Attorney will incur various costs and expenses in performing legal services under this agreement. Client agrees to pay for all costs, disbursements and expenses paid or owed by Client in connection with this matter, or have been advanced by Attorney on Client's behalf and which have not been previously paid or reimbursed to Attorney. Costs, disbursements and litigation expenses commonly include court fees, jury fees, service of process charges, court and deposition reporters' fees, photocopying and reproduction costs, notary fees, long distance telephonic charges, messenger and other delivery fees, postage, deposition costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, consultant, expert witness, professional mediator, arbitrator and/or special master fees and other similar items. Except for the items listed below, costs and expenses will be charged at Attorney's costs.

**In-office photocopying:**          **.25 per page**
**Facsimile Charges**                **.50 per page**

**Page 2 of 7**

# Law Offices of Richard P. Lerman
## 5001 Birch Street
## Newport Beach, CA 92660

To aid in representation of Client's case, it may become necessary to hire expert witnesses, consultants or investigators. Attorney will select any expert witnesses, consultants or investigators to be hired, and Client will be informed of persons chosen and their charges.

Client authorizes Attorney to incur all reasonable costs to hire any investigators, consultants or expert witnesses reasonably necessary in Attorney's judgment unless one or both of the clauses below are initialed by Attorney.

If an award of fees and/or costs is sought on Client's behalf in this action, Client understands that the amount which the court may order as fees and/or costs is the amount the court believes the party is entitled to recover, and does not determine what fees and/or costs Attorney is entitled to charge Client or that only the fees and/or costs which were allowed were reasonable. Client agrees that, whether or not attorneys' fees or costs are awarded by the court in Client's case, Client will remain responsible for the payment, in full, or all attorneys' fees and costs in accordance with this Agreement.

Additionally, Client understands that if Client's case proceeds to court action, Client may be required to pay fees and/or to other parties in the action. Any such award will be entirely the responsibility of Client.

7).   **Approval necessary for settlement**: Attorney will not make any settlement or compromise of any nature of any of Client's claim without Client's approval. Client retains the absolute right to accept or reject any settlement. Client agrees to consider seriously any settlement offer Attorney recommends before making a decision to accept or reject any settlement. Client agrees to consider seriously any settlement offer Attorney recommends before making a decision to accept or reject such offer. Client agrees not to make any settlement or compromise of any nature of any of Client's claims without prior notice to Attorney.

8).   **Limitation of representation**: Attorney is representing Client only on the matter described in Paragraph 2. Attorney's representation does not include independent or related matters what may arise, including, among other things, claim for property damage, workers' compensation, disputes with a health care provider about the amount owed for their services, or claims for reimbursement (subrogation) by any insurance company for benefits paid under an insurance policy.

This Agreement also does not include defending Client against, or representing Client in any claims that may be asserted against Client as a cross-claim or counter-claim in Client's case. This Agreement does not apply to any other legal matters. If any such matters arise later, Attorney and Client will either negotiate a separate agreement if Client and Attorney agree that

**Page 3 of 7**

# Law Offices of Richard P. Herman
## 5001 Birch Street
## Newport Beach, CA 92660

Attorney will perform such additional legal work or Client will engage separate counsel with respect to the cross-claim or counter-claim or additional legal work.

9). **Discharge and withdrawal**: Client may discharge Attorney at any time. upon written notice to Attorney. Attorney may withdraw from representation of Client (a) with Client's consent, (b) upon court approval, or (c) if no court action has been filed, for good cause and upon reasonable notice of Client. Good cause includes Client's breach of this contract, Client's refusal to cooperate with Attorney or to follow Attorney's advice on a material matter, or any other fact or circumstances that would render Attorney's continuing representation unlawful or unethical.

Notwithstanding Attorney's withdrawal or Client's notice of discharge, and without regard to the reasons for the withdrawal or discharge, Client will remain obligated to pay Attorney for all costs incurred prior to the termination and, in the event that there is any net recovery obtained by Client after conclusion of Attorney's services, Client remains obligated to pay Attorney for the reasonable value of all services rendered from the effective date of this Agreement to the date of discharge.

10). **Conclusion of services**: When Attorney's services conclude, all unpaid charges will immediately become due and payable ( if applicable). Attorney is authorized to use any funds held in Attorney's trust account as deposit against costs to apply to such unpaid charges. After Attorney's services conclude, upon request, Client's file and property will be delivered to Client, or Client's other attorney, whether or not Client has paid any fees and/or costs owed to Attorney.

11). **Lien**:  Client hereby grants Attorney a lien on any and all claims or causes of action that are the subject of Attorney's representation under this Agreement. Attorney's lien will be for any sums owing to Attorney for any unpaid costs, or attorneys' fees, at the conclusion of Attorney's services. The lien will attach to any recovery Client may obtain, whether by arbitration award, judgment, settlement or otherwise. The effect of such a lien is that Attorney may be able to compel payment of fees and costs from any such funds recovered on behalf of Client even if Attorney has been discharged before the end of the case. Because a lien may affect Client's property rights, Client may seek the advice of an independent lawyer of Client's own choice before agreeing to such a lien. By initialing this paragraph, Client represents and agrees that Client has had a reasonable opportunity to consult such an independent lawyer and-whether or not Client has chosen to consult such an independent lawyer-Client agrees that Attorney will have a lien as specified above.

12). **Receipt of Proceeds**: All proceeds of Client's case shall be deposited into Attorney's trust account for disbursement in accordance with the provisions of this Agreement.

13). **Disclaimer of guarantee**: Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of this matter. Attorney makes no such promise or guarantees. There can be no assurance that Client

**Page 4 of 7**

# Law Offices of Richard P. Herman
## 5001 Birch Street
## Newport Beach, CA 92660

will recover any sum or sums in this matter. Attorney's comments about the outcome of this matter are expressions of opinion only. Client acknowledges that Attorney has made no promise or guarantees about the outcome.

14). **Entire Agreement**: This Agreement contains the entire agreement of the parties. No other agreement, statement or promise made on or before the effective date of this Agreement will be binding on the parties.

15). **Severability in event of partial invalidity**: If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

16) **Modification by subsequent agreement**: This Agreement may be modified by subsequent agreement of the parties only by and instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.

17) **Effective Date:** This Agreement will govern all legal services performed by Attorney on behalf of Client commencing with the date Attorney first performed services. The date at the beginning of the Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

*The parties have read and understood the forgoing terms and agree to them, as of the date attorney first provided services. If more than one client signs below, each agrees to be liable jointly and severally for all obligations under this agreement. The client shall receive a fully executed duplicate of this Agreement.*

DATED: _12-14-09_

_Michael Cruz_
_agent 8 Lor_,

_Caesar Cruz_

DATED: _____

_Theresa J Smith_
Clients Signature

_THERESA J SMITH_
Client's Printed Name

_1232 N Placentia Ave_
Address

_Fullerton, Ca 92831_
City,        State        Zip Code

**Law office of Richard P. Herman**

By: _____
RICHARD P. HERMAN

**Page 5 of 7**

# Law Offices of Richard P. Herman
## 5001 Birch Street
## Newport Beach, CA 92660

will recover any sum or sums in this matter. Attorney's comments about the outcome of this matter are expressions of opinion only. Client acknowledges that Attorney has made no promise or guarantees about the outcome.

14).   **Entire Agreement**:  This Agreement contains the entire agreement of the parties. No other agreement, statement or promise made on or before the effective date of this Agreement will be binding on the parties.

15).   **Severability in event of partial invalidity**: If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

16)   **Modification by subsequent agreement**:  This Agreement may be modified by subsequent agreement of the parties only by and instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.

17)   **Effective Date:** This Agreement will govern all legal services performed by Attorney on behalf of Client commencing with the date Attorney first performed services. The date at the beginning of the Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

*The parties have read and understood the forgoing terms and agree to them, as of the date attorney first provided services. If more than one client signs below, each agrees to be liable jointly and severally for all obligations under this agreement. The client shall receive a fully executed duplicate of this Agreement.*

DATED: _____

_____
Clients Signature

_____
Client's Printed Name

_____
Address

_____
City,        State        Zip Code

DATED: _____

**Law office of Richard P. Herman**

By:_____
RICHARD P. HERMAN

**Page 5 of 7**

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jennifer Cruz v. City of Anaheim | CV10-03997 MMM |

**ATTACHMENT** (Number): __19b3__

*(This Attachment may be used with any Judicial Council form.)*

Attached is a copy of the proposed annuity structure for minor R.C., which includes all terms and conditions.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

# Atlas Settlements

## Individually Designed Proposal I

### (All payments guaranteed and tax free)

CLAIMANT: Chad Cruz

D.O.B. 10/08/2006

| PAYMENT DESCRIPTION | COST | GUARANTEED PAYOUT |
|---|---|---|
| **Guaranteed Lump Sums:** $17,679.9 payable at age (18) 10/08/2024 | $15,000.00 | $17,679.94 |
| **Totals** | | |
| | $15,000.00 | $17,679.94 |

Atlas Settlements
(949) 833-3910
(949) 833-3687 fax

Prepared by Enrique Sierra
7/22/2015
Quote Valid for 7 days