1   RICHARD P. HERMAN, SBN: 53743
    LAW OFFICE OF RICHARD P. HERMAN
2   3723 Birch Street Suite 3
    Newport Beach, CA 92660                          JS-6
3   Telephone: 714-547-8512
    Facsimile:   949-861-8331
4   Email: rherman@richardphermanlaw.com

5   Attorney for Jennifer Cruz, Individually  and on behalf of the Estate of Ceasar
    Cruz, and as Guardian Ad Litem for R.C, C.C., C.C., and M.C., all  minors,
6   Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor,
    Leonard Cruz, Individually, Plaintiffs.

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA

9
    Jennifer Cruz, Individually  and on          )   Case Number: CV-10-03997
10  behalf of the Estate of Ceasar Cruz, and     )   MMM(JEMx)
    as Guardian Ad Litem for R.C., C.C.,         )
11  C.C., and M.C., all minors, Theresa          )   ORDER ON:
    Smith, Individually, and as Guardian Ad      )   STIPULATION OF VOLUNTARY
12  Litem for M.C., A minor, Leonard Cruz,       )   DISMISSAL PURSUANT TO
    Individually,                                )   F.R.C.P.41(a)(1)(A)ii.
13                                               )
    Plaintiffs                                   )
14                                               )
    vs.                                          )
15  THE CITY OF ANAHEIM, a                       )
    Governmental Entity, CHIEF JOHN              )
16  WELTER, DEPUTY CHIEF CRAIG                   )
    HUNTER, Officer Michael Brown,               )
17  Individually, Officer Bruce Linn,            )
    Individually, Officer Kelly Phillips,        )
18  Individually, Officer Nathan Stauber,        )
    Individually, Officer Phillip Vargas,        )
19  Individually                                 )
                                                 )
20  Defendants.                                  )
    _____             )
21
              STIPULATION OF VOLUNTARY DISMISSAL
22
            PURSUANT TO F.R.C.P.41(a)(1)(A)ii.
23
            IT IS HEREBY STIPULATED AND AGREED by and between the parties
24
    that the above-captioned action is voluntarily dismissed, with prejudice against all
25
    defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).
26

27

28

                                        1
    _____

1    Dated: September 22, 2015          Law Office of Richard P. Herman

2

3                                       By,    s/s Richard P. Herman

4                                       _____
                                        RICHARD P. HERMAN
5                                       Attorney for all Plaintiffs

6

7

8

9    DATED: September 22, 2015          CITY ATTORNEYS OFFICE

                                            s/s Gregg M. Audet
10                                      By, _____

11                                      GREGG M. AUDET
                                        Deputy City Attorney
12                                      ATTORNEY FOR DEFENDANTS

13

14

15      DATED: 09/23/2015          *Margaret M. Morrow* (signature)

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL