|   |   |
|---|---|
| 1 | RICHARD P. HERMAN, SBN: 53743 |
| 2 | LAW OFFICE OF RICHARD P. HERMAN<br>3723 Birch Street Suite 3 |
| 3 | Newport Beach, CA 92660<br>Telephone: 714-547-8512 |
| 4 | Facsimile:   949-861-8331<br>Email: rherman@richardphermanlaw.com |
| 5 | Attorney for Jennifer Cruz, Individually  and on behalf of the Estate of Ceasar Cruz, and as Guardian Ad Litem for R.C, C.C., C.C., and M.C., all  minors, Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor, Leonard Cruz, Individually, Plaintiffs. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jennifer Cruz, Individually and on behalf of the Estate of Ceasar Cruz, and as Guardian Ad Litem for R.C., C.C., C.C., and M.C., all minors, Theresa Smith, Individually, and as Guardian Ad Litem for M.C., A minor, Leonard Cruz, Individually,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF ANAHEIM, a Governmental Entity, CHIEF JOHN WELTER, DEPUTY CHIEF CRAIG HUNTER, Officer Michael Brown, Individually, Officer Bruce Linn, Individually, Officer Kelly Phillips, Individually, Officer Nathan Stauber, Individually, Officer Phillip Vargas, Individually<br><br>Defendants. | Case Number: CV-10-03997 MMM(JEMx)<br><br>**MEMORANDUM RE: DEPOSIT OF MINOR'S FUNDS IN BLOCKED ACCOUNTS.** |
|---|---|

    The Minor's funds have been deposited in blocked accounts with copies of this Courts order.

    Attached are copies of acknowledgment of the order's request is on a deposit slip signed by Blaine Nelson, the vice president of Farmers &Merchant Bank. The reason for the delay was "Patriot Act" problems and in opening bank accounts.

---

| | |
|---|---|
| Dated: January 11, 2016 | Respectfully submitted, |
| | By,  s/s Richard P. Herman |
| | RICHARD P. HERMAN |
| | Attorneys for Plaintiffs |

MEMO RE: DEPOSIT OF MINOR'S FUNDS