# EXHIBIT A

Case 2:10-cv-03997-MMM-JEM   Document 115-1   Filed 01/10/16   Page 2 of 3   Page ID #:905



**F&M BANK**
**Farmers & Merchants Bank**
*California's Strongest, since 1907.*

Blaine J. Nelson
Vice President
Branch Manager

Office: (949) 460-7900
Fax:    (949) 583-7871
Blaine.Nelson@fmb.com

23772 Rockfield Blvd.
Lake Forest, CA 92630
fmb.com | Member FDIC



**F&M Farmers & Merchants Bank**
*California's Strongest, since 1907.*

**THIS IS YOUR DEPOSIT RECEIPT**

Checks and other items received for deposit are subject to provisions under the California Commercial Code and the rules and regulations of this Bank. Funds deposited may not be available for immediate withdrawal. All items accepted for deposit are subject to later count and verification.



*Court Order Received.*
*— Blaine Nelson / VP*

```
RECEIPT    Drawer: 11005        11/30/15
           Trans#:     70       14:46:59
                   ****1385
           CD/IRA Deposit       $15000.00
```

MEMBER FDIC



**F&M Farmers & Merchants Bank**
*California's Strongest, since 1907.*

**THIS IS YOUR DEPOSIT RECEIPT**

Checks and other items received for deposit are subject to provisions under the California Commercial Code and the rules and regulations of this Bank. Funds deposited may not be available for immediate withdrawal. All items accepted for deposit are subject to later count and verification.



*Court Order Received*
*— Blaine Nelson / VP*

```
RECEIPT    Drawer: 11005        11/30/15
           Trans#:     69       14:45:58
                   ****1377
           CD/IRA Deposit       $15000.00
```

MEMBER FDIC

Farmers & Merchants Bank of Long Beach
23772 Rockfield Boulevard
Lake Forest, Ca 92630



12/02/2015

Re: Court-Blocked Accounts

Mando L. Cruz – A Minor
Cisco L. Cruz – A Minor
Richard P. Herman – Custodian
21871 Winnebago Lane
Lake Forest, Ca 92630-2322

Dear Richard:

Thank you for choosing Farmers & Merchants Bank for your banking needs; if you are in need of any additional services or have questions please do not hesitate to call me at the branch!

Happy Holidays!

Thank you,

Aram Bitar
Banking Relationship Specialist – Lake Forest
(949)460-7900